# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

CRAIG CUNNINGHAM,

        Plaintiff,

vs.

        Case No. 8:18-cv-00919-SCB-TGW

HEALTH PLAN INTERMEDIARES, LLC, Et al.

        Defendants.

## NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 3.08

NOTICE OF SETTLEMENT

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will file a stipulation of dismissal within 45 days from the date of this notice. Plaintiff files this Notice of Settlement pursuant to Local Rule 3.08. The parties request that the Court relieve the parties from any obligations set forth in the Pretrial Order (D.E. 45), Trial Order (D.E. 56), Order Setting Trial (D.E. 61), and Notice of Hearing (D.E. 63).

RESPECTFULLY SUBMITTED,

By:  __/s/ Adrian R. Bacon_____
Adrian R. Bacon, Esq.
Admitted *pro hac vice*
Email: abacon@toddflaw.com
Adrian R. Bacon, Esq.
Admitted *pro hac vice*
Email: abacon@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, California 91367
Telephone: (866) 598-5042

-and-

Raymond R. Dieppa, Esq. FBN: 27690
Ray.Dieppa@floridalegal.law
FLORIDA LEGAL, LLC
261 N.E. 1ST STREET, SUITE 502
MIAMI, FLORIDA 33132
(305) 901-2209 - TELEPHONE
(786) 870-4030 – FACSIMILE
*Attorneys for Plaintiff Craig Cunningham*

NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 16, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Adrian R. Bacon
Attorney for Plaintiff
