UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>                Plaintiff,<br><br>vs.<br><br>HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC d/b/a HEALTH INSURANCE INNOVATIONS; and DOES 1-100,<br><br>                Defendants. | Civil Action No. 8:18-cv-00919-SCB-TGW |

## STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff, Craig Cunningham ("Cunningham"), and Defendant, Health Plan Intermediaries Holdings, LLC ("HPIH"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that this action is dismissed with prejudice, and Cunningham and HPIH shall bear their own respective attorney's fees and costs.

Dated this 26th day of November, 2019.

| | |
|---|---|
| **FLORIDA LEGAL, LLC**<br><br>**Tamra Givens, Esq.**<br>Florida Bar No. 657638<br>Email: tgivens@lemberglaw.com<br>**Raymond R. Dieppa**<br>Email: ray.dieppa@floridalegal.law<br>261 NE 1st Street, Suite 502<br>Miami, Florida 33132<br>Telephone: (305) 901-2209<br>*Attorneys for Plaintiff, Craig Cunningham*<br><br>**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**<br>S/ KELSEY KUBERKA<br>**Kelsey L. Kuberka**<br>Admitted *pro hac vice*<br>Email: kkuberka@toddflaw.com<br>**Adrian R. Bacon**<br>Admitted *pro hac vice*<br>Email: abacon@toddflaw.com<br>21550 Oxnard Street, Suite 780<br>Woodland Hills, California 91367<br>Telephone: (866) 598-5042<br>*Co-Counsel for Plaintiff, Craig Cunningham* | **GREENSPOON MARDER LLP**<br>s/ DARIEL ABRAHAMY<br>**Garry W. O'Donnell, Esq.**<br>Florida Bar No. 0478148<br>Email: garry.odonnell@gmlaw.com<br>**Dariel Abrahamy, Esq.**<br>Florida Bar No. 0014901<br>Email: dariel.abrahamy@gmlaw.com<br>2255 Glades Road, Suite 400-E<br>Boca Raton, Florida 33431<br>Telephone: (561) 994-2212<br>Facsimile:  (561) 807-7527<br>*Trial Attorneys for Defendant, Health Plan Intermediaries Holdings, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system on this 26th day of November, 2019, which will generate notification to all counsel of record or pro se parties identified below, thereby notifying the following parties of record below:

Dariel J. Abrahamy, Esq.
Email: dariel.abrahamy@gmlaw.com
GREENSPOON MARDER LLP
One Boca Place
2255 Glades Road, Suite 400-E
Boca Raton, Florida 33431
Telephone: (954) 491-1120
Facsimile: (954) 343-6972
*Attorney for Defendant, Health Plan Intermediaries Holdings, LLC d/b/a Health Insurance Innovations, Inc.*

Tamra Givens, Esq.
Email: tgivens@lemberglaw.com
Raymond R. Dieppa
Email: ray.dieppa@floridalegal.law
Florida Legal, LLC
261 NE 1st Street, Suite 502
Miami, Florida 33132
Telephone: (305) 901-2209
*Attorneys for Plaintiff, Craig Cunningham*

Dated: November 26, 2019

By: s/ Kelsey Kuberka
    Kelsey Kuberka, Esq.